

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-8-2013

# Interfaith Comm Orgn v. Honeywell Intl Inc

Precedential or Non-Precedential: Precedential

Docket No. 11-3813

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"Interfaith Comm Orgn v. Honeywell Intl Inc" (2013). *2013 Decisions.* Paper 454.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/454

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 11-3813 and 11-3814
_____

INTERFAITH COMMUNITY ORGANIZATION;
LAWRENCE BAKER; MARTHA WEBB HERRING;
MARGARET WEBB; WINSTON CLARKE; MARGARITA NAVAS;
HACKENSACK RIVERKEEPER, INC.; WILLIAM SHEEHAN

v.

HONEYWELL INTERNATIONAL, INC, F/K/A Alliedsignal, Inc;
RONED REALTY OF JERSEY CITY, INC.; RONED REALTY OF UNION CITY,
INC.; W.R. GRACE & CO; ECARG INC; W.R. GRACE LTD;
*KELLOGG STREET 80 PROPERTY; *KELLOGG STREET
440 PROPERTY, LLC.; *KELLOGG STREET 60 PROPERTY, LLC

Honeywell International, Inc., Kellogg Street 80 Property, LLC,
Kellogg Street 440 Property, LLC, Kellogg Street 60 Property, LLC
Appellants in No. 11-3813

*(Pursuant to Fed. R. App. P. 12(a))
_____

JERSEY CITY MUNICIPAL UTILITIES AUTHORITY;
ELIZABETH ROSARIO; RAFAEL ROSARIO;
HACKENSACK RIVERKEEPER, INC.; WILLIAM SHEEHAN;
WINSTON CLARKE; LAWRENCE BAKER;
JERSEY CITY INCINERATOR AUTHORITY

v.

HONEYWELL INTERNATIONAL INC; PAUL TRENK; STEVE GALLO;
BOB CIASULLI; DEGEN OIL AND CHEMICAL CO;
INLAND SOUTHEAST JERSEY CITY, LLC;
KELLOGG STREET 60 PROPERTY, LLC;
KELLOGG STREET 80 PROPERTY, LLC;
KELLOGG STREET 440 PROPERTY, LLC;
100 KELLOGG STREET, LLC; NEW JERSEY CITY UNIVERSITY;
JERRAMIAH T. HEALY;

OREN DABNEY, In his official capacity as Director of Jersey City Incinerator
Authority; JOHN YURCHAK, In his official capacity as Director of
Jersey City Department of Public Works; DANIEL BECHT, Executive Director of
Jersey City Municipal Utilities Authority;
BAYONNE MUNICIPAL UTILITIES AUTHORITY; CARLOS M. HERNANDEZ, In
his official capacity as President of New Jersey City University

Honeywell International, Inc., Kellogg Street 80 Property, LLC,
Kellogg Street/440 Property, LLC, Kellogg Street 60 Property, LLC,
                                                    Appellants in 11-3814

Before:   McKEE, *Chief Judge*, SLOVITER and VANASKIE, *Circuit Judges*


## ORDER


The petition for rehearing filed by Appellants having been submitted to the judges

who participated in the decision of this court, and the judges who participated in the

decision of this court having voted to grant the petition, it is hereby ORDERED that the

petition for panel rehearing is GRANTED.  The opinion and judgment filed June 4, 2013

is hereby VACATED, and a new opinion and judgment will issue forthwith.


By the Court,


/s/ Thomas I. Vanaskie
Circuit Judge


Dated: July 8, 2013